**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Randy NEECE, Defendant–Appellant.**

**No. 11–10850**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Peter Michael Fleury, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Appealing the judgment in a criminal case, Randy Neece raises arguments that are foreclosed by *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir. 2006), which held that a district court has the discretion to order a federal sentence to run consecutively to a yet-to-be-imposed state sentence under 18 U.S.C. § 3584. *See Setser v. United States,* —— U.S. ——, 132 S.Ct. 1463, 1466–74, 182 L.Ed.2d 455 (2012). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.